IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §   No. 4:20-CR-00156 |
| | § |
| | § |
| FAHAD H. SHAH | § |

## **FINAL ORDER OF FORFEITURE AS TO SUBSTUTE PROPERTY**

On January 10, 2022, this Court entered a Preliminary Order of Forfeiture Relating to Substitute Property pursuant to the provisions of 21 U.S.C. § 853(p).

The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 12, 2022, and ending on February 10, 2022, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

It appears from the record that no claims, contested or otherwise, have been filed for the property described in the Court's preliminary order of forfeiture

It is HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture as to Substitute Property is GRANTED.  It is further ORDERED:

1. That the right, title, and interest to the below described property of the defendant named is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law:

**Final Order of Forfeiture as to Substitute Property - Page 1**

**Raise 3D Printer Pro2 Plus bearing serial number 10152008050**

2. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

**SIGNED this 15th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE